```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

FREDY QUIZPHE,

                Petitioner,

-against-

THOMAS McGUINNESS,

                Respondent.

21-CV-01709 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

By order dated March 2, 2021, the Court directed Petitioner to show cause why his *habeas corpus* petition, filed under 28 U.S.C. § 2254, should not be denied as time-barred. (ECF 3.) The Court directed Petitioner to file a declaration within sixty days. On May 7, 2021, the Court received a letter from Petitioner requesting a "reasonable" extension of time to file his declaration. (ECF 4.) Petitioner's request for an extension of time is granted. The Court extends the time for Petitioner to file a declaration for 45 days from the date of this order. If Petitioner fails to comply with this order within the time allowed, and cannot show good cause to excuse such failure, the petition will be denied as time-barred. No answer shall be required at this time.

The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket.

      **SO ORDERED.**

Dated:   May 11, 2021
           New York, New York

                                              Louis L. Stanton
                                                 U.S.D.J.