UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FREDY QUIZPHE,

                        Plaintiff,                      21 **CIVIL** 1709 (KMK)

      -against-                        **JUDGMENT**

THOMAS McGUINESS,

                        Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated October 5, 2022, the R&R, dated August 22, 2022, is ADOPTED in its entirety. The Petition is DISMISSED. Because Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue, see 28 U.S.C. § 2253(c)(2); Lucidore v. N.Y. State Div. of Parole, 209 F.3d 107, 111-12 (2d Cir. 2000), and the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith; accordingly, the case is closed.

**Dated:**  New York, New York
         October 6, 2022

                                                                          **RUBY J. KRAJICK**

                                                                          **Clerk of Court**
                               **BY:**     K. Mango
                                                                          **Deputy Clerk**